

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-13-2009

# Fontroy v. Beard

Precedential or Non-Precedential: Precedential

Docket No. 07-2446

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Fontroy v. Beard" (2009). *2009 Decisions*. Paper 1625.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1625

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 07-2446


Derrick Dale Fontroy, et al. v. Jeffrey A. Beard, et al.

(E.D. Civil No. 02-cv-02949)


**ORDER AMENDING OPINION**


    IT IS HEREBY ORDERED at the direction of the Court that the Opinion in the above case, filed March 10, 2009, be amended to include the name and address of counsel for appellants and the names of appellees proceeding pro se;

    IT IS FURTHER ORDERED that the Amended Opinion entered on the docket March 10, 2009, be amended to read "Amended Opinion" and to be entered on the docket as of March 13, 2009.


For the Court,


/s/ Marcia M. Waldron
Clerk

Dated: March 13, 2009
DWB/cc
        Derrick Dale Fontroy, I
        Theodore Savage
        Aaron Christopher Wheeler
        Claudia M. Tesoro, Esq.